**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**ABIDIAS SIMPORE**                                                             **PLAINTIFF**

**V.**                      **CIVIL ACTION NO. 1:24-CV-35-SA-DAS**

**WAL-MART ASSOCIATES, INC.**                                 **DEFENDANT**

## ORDER

The plaintiff file his complaint on February 19, 2024, alleging discrimination in the terms and conditions of his employment in violation to the Uniformed Services Employment and Reemployment Rights Act (USERRA). At that time filing fees were tendered with the filing. Per 38 U.S.C. § 4323 (h) "no fees or court costs may be charged or taxed against any person claiming rights under" USERRA. The plaintiff has moved for the return of court costs previously paid on his behalf. The motion, being unopposed, is granted. The Clerk of the Court shall reimburse the $ 405.00 filing fee to plaintiff's counsel.

**SO ORDERED** this the 18th day of July, 2024.

/s/ David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**